# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. V., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROSEDALE UNION ELEMENTARY SCHOOL,<br><br>　　　　Defendant. | Case No.  1:14-cv-00350-AWI-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 3 |

On March 10, 2014, Plaintiff Veronica Quezada ("Quezada") filed a motion to proceed in forma pauperis in this action without prepayment of fees.  (ECF No. 3.)  In order to proceed in court without prepayment of the filing fee, Quezada must submit an affidavit demonstrating that she "is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a)(1).

In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).  Plaintiff's application indicates that she supports a family of three.  The 2014 Poverty Guidelines for the 48 contiguous states for a household of three is $19,790.00.   2014 Poverty Guidelines, http://aspe.hhs.gov/poverty/14poverty.cfm (last visited Mar. 20, 2014).

1

1     Plaintiff's application to proceed in forma pauperis indicates that Plaintiff's income is

2  $796.65 (gross) every two weeks.  This amounts to approximately $20,712.90 in gross annual

3  income ($796.65 x 26).  Plaintiff further identified additional Social Security benefits of $635

4  per month related to her son.  This amounts to approximately $7,620.00 in additional yearly

5  income ($635 x 12).  Added together, this amounts to approximately $28,332.90 in gross annual

6  income, which is above the poverty threshold.  Plaintiff also enumerated $1,700.00 in monthly

7  expenses, which indicates that her monthly income is greater than her monthly expenses.

8     Based upon the foregoing, the Court finds that Plaintiff is not eligible to proceed in forma

9  pauperis under 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that Plaintiff's

10  application to proceed in forma pauperis is DENIED and Plaintiff shall pay the $400.00 filing fee

11  within thirty (30) days.  If the filing fee is not paid within thirty (30) days, this action will be

12  dismissed.

13

14  IT IS SO ORDERED.

15     Dated:    **March 20, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28