# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V., et al., | Case No. 1:14-cv-00350-AWI-SAB |
| Plaintiffs, | ORDER RE REQUEST FOR RECONSIDERATION OF DENIAL OF IN FORMA PAUPERIS STATUS REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| ROSEDALE UNION ELEMENTARY SCHOOL DISTRICT, | |
| | (ECF No. 6) |
| Defendant. | TWENTY DAY DEADLINE |

Plaintiff V.V., a minor represented by her mother Veronica Quezeda, filed an application to proceed in forma pauperis which was denied on March 20, 2014. Plaintiff claims a change in circumstances and requests the Court to modify the order denying her application to proceed in forma pauperis. The Court will grant Plaintiff the opportunity to file an amended application to reflect the changed circumstances. Depending on the answers to the questions, the Court will determine whether a hearing is necessary to resolve any issues which arise between the two submissions. Plaintiff shall complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an <u>in forma pauperis</u> application

1

(Long Form) to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **April 21, 2014**

UNITED STATES MAGISTRATE JUDGE

2