# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. V., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROSEDALE UNION ELEMENTARY SCHOOL,<br><br>　　　　　Defendant. | Case No. 1:14-cv-00350-AWI-SAB<br><br>ORDER PARTIALLY GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 8 |

　　　　On May 6, 2014, Plaintiff Veronica Quezada ("Plaintiff") filed a second motion to proceed in forma pauperis in this action. (ECF No. 8.) Plaintiff requests that either the $400 filing fee be waived or that she be allowed to pay the filing fee in monthly $75.00 installments.

　　　　On March 20, 2014, the Court denied Plaintiff's original in forma pauperis application on the grounds that Plaintiff's income, which included wages from employment as well as Social Security benefits for one of her children, was greater than the federal poverty threshold for a household of three. On April 17, 2014, Plaintiff requested leave to re-file a motion to proceed in forma pauperis based upon changed circumstances. (ECF No. 6.) The Court granted Plaintiff's request based upon her representation that the Social Security benefits for her son had been discontinued.

/ / /

1

Plaintiff's second motion to proceed in forma pauperis indicates that Plaintiff receives approximately $1,981.05 in wages per month, which has been decreasing lately due to fewer work hours. This amounts to approximately $23,772.60 in annual gross income. Plaintiff identified $1,830.00 in monthly expenses related to rent, utilities, food, transportation, and credit card payments.

Based upon Plaintiff's representations, the Court will partially grant the motion to proceed in forma pauperis. Plaintiff will be required to pay the $400.00 filing fee, but the Court will allow the filing fee to be paid in $75.00 monthly installments. Plaintiff is forewarned that the failure to make a payment on time may result in the dismissal of this action and any payments made prior to dismissal of this action will not be refunded.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is PARTIALLY GRANTED;

2. Plaintiff shall pay the $400.00 filing fee for this action in $75.00 monthly installments as follows:

   $75.00 due on or before June 9, 2014;

   $75.00 due on or before July 9, 2014;

   $75.00 due on or before August 9, 2014;

   $75.00 due on or before September 9, 2014;

   $75.00 due on or before October 9, 2014; and

   $25.00 due on or before November 9, 2014.

IT IS SO ORDERED.

Dated:   **May 7, 2014**

UNITED STATES MAGISTRATE JUDGE