# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V. V., et al., | Case No. 1:14-cv-00350-AWI-SAB |
| Plaintiffs, | ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| ROSEDALE UNION ELEMENTARY SCHOOL, | ECF NO. 4 |
| Defendant. | |

The Court has considered the petition of Veronica Quezada for appointment as Guardian Ad Litem for V.V., her minor daughter, who is Plaintiff in this action. Good cause appearing,

IT IS SO ORDERED, that Veronica Quezada is appointed as Guardian Ad Litem for V.V., her minor daughter.

IT IS SO ORDERED.

Dated: __May 7, 2014__

UNITED STATES MAGISTRATE JUDGE

1