1 | NICOLE HODGE AMEY(SBN 215157)
PO Box 5100
2 | Oakland, California 94605
(510) 569-3666
3 | hodgelaw@gmail.com

4 | Attorneys for Plaintiffs

FILED

SEP 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT OF

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V. a minor, by parent and Guardian ad Litem VERONICA QUEZADA<br><br>Plaintiff,<br><br>v.<br><br>ROSEDALE UNION ELEMENTARY SCHOOL ; DOES 1-20,<br>Defendants. | Case No.: 1:14-cv-00350-AWI-SAB<br><br>REQUEST TO VOLUNTARILY DISMISS WITH PREJUDICE |

PLEASE TAKE NOTICE that VERONICA QUEZADA on behalf of minor V.V. ("Plaintiff"), through her counsel of record, hereby voluntarily dismisses her claims, with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1), as follows: WHEREAS, Invoking this Court's jurisdiction pursuant to 20 U.S.C Section 1415(i)(2)(A) and (3) and 28 USC § 1331, plaintiffs appealed all aspects of the December 11, 2013 decision by the Office of Administrative Hearings ("OAH") in an administrative hearing between plaintiff V.V. as the petitioner and defendant ROSEDALE UNION Elementary School District ("the DISTRICT") as the respondent and held V.V. et al v. ROSEDALE UNION **Case No.:** 1:14-cv-00350-AWI-SAB

1

1 | pursuant to the Individuals with Disabilities Education act (hereinafter "IDEA", 20 USC § 1400 *et seq.* related provisions of state law.

2. Plaintiff V.V. is a disabled student under IDEA. Plaintiff Veronica Quezada is her mother and guardian ad litem. Defendant DISTRICT is a public school district authorized and existing under the laws of the State of California and was and is required by IDEA to provide a free appropriate public education ("FAPE") for V.V. *See* 20 USC § 1401 (15) and 1415 (f)(1).

This is an appeal of a Special Education Administrative Hearing in which. Plaintiff filed her Request for Due Process in August 2013, a decision was issued December 11, 2013. Plaintiff filed this appeal on March 10, 2014.

WHEREAS, no defendant has been served, answered or otherwise responded to Plaintiffs' complaint and no defendant has filed a motion for summary judgment; WHEREAS, under Federal rule of Civil Procedure 41(a)(1), Plaintiff is entitled to dismiss this action on his own initiative, whereas Plaintiff has resolved educational issues with District: Subject to the provisions of Rule 23(e), of Rule 66, and any statute of the United States, an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment.

Plaintiffs' respectfully request Dismissal with Prejudice of this action.

Dated: September 22, 2014

*Nicole Hodge Amey*
Nicole Hodge Amey
Attorney for Plaintiffs

Nicole Hodge Amey State Bar No. 215157
P.O. Box 5100
Oakland, CA 94605
Telephone: (510)510.569.3666

V.V. et al v. ROSEDALE UNION **Case No.:** 1:14-cv-00350-AWI-SAB

2

| | |
|---|---|
| 1 | Facsimile: (866)602.2986 |
| 2 | Hodgelaw@gmail.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | It is so Ordered. Dated: 9-23-14 |
| 7 | _____ |
| 8 | United States District Judge |

V.V. et al v. ROSEDALE UNION **Case No.:** 1:14-cv-00350-AWI-SAB

3